# ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | CRIMINAL NO.: **5:18-CR-215-S** |
| FRANCISCO FLORES | | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 8, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**FRANCISCO FLORES**

then being an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did knowingly possess in and affecting commerce at least one firearm, to wit:

(1) Remington Arms, model 700, .22 caliber rifle bearing serial number: AY537933
(2) Remington Arms, model 700, .222 caliber rifle bearing serial number: B6438591
(3) Winchester, model 70, 300 caliber rifle bearing serial number: G2443999
(4) Mossberg, model 100, .243 caliber rifle bearing serial number:   BA246872
(5) Thompson/Center Arms Co., model "Super 14", 30-30 caliber serial number: 109925
(6) Volunteer Enterprises, model Commando Mark 45, .45 caliber rifle serial number 59722
(7) Yildiz Shotgun Ind., model TS870, 20 gauge shotgun bearing serial number: 1733
(8) Smith and Wesson, model 422, .22 caliber pistol bearing serial number: UAH9282
(9) Keltec CNC Industries, model P32, .32 caliber pistol bearing serial number 101280
(10) Browning, model BL22, .22 caliber rifle bearing serial number: 3377731

said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(2).

## NOTICE OF FORFEITURE

### 18 U.S.C. §924(d)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

### FRANCISCO FLORES

that upon conviction of a violation of Title 18, United States Code, Section 922(g), all firearms/ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

(1) Remington Arms, model 700, .22 caliber rifle bearing serial number: AY537933
(2) Remington Arms, model 700, .222 caliber rifle bearing serial number: B6438591
(3) Winchester, model 70, 300 caliber rifle bearing serial number: G2443999
(4) Mossberg, model 100, .243 caliber rifle bearing serial number: BA246872
(5) Thompson/Center Arms Co., model "Super 14", 30-30 caliber serial number: 109925
(6) Volunteer Enterprises, model Commando Mark 45, .45 caliber rifle serial number 59722
(7) Yildiz Shotgun Ind., model TS870, 20 gauge shotgun bearing serial number: 1733
(8) Smith and Wesson, model 422, .22 caliber pistol bearing serial number: UAH9282
(9) Keltec CNC Industries, model P32, .32 caliber pistol bearing serial number 101280
(10) Browning, model BL22, .22 caliber rifle bearing serial number: 3377731

RYAN K. PATRICK
United States Attorney

_____
Graciela R. Lindberg
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

__LAREDO__ DIVISION  NO. 16-CR-00215
FILE: 16R01269
CRIMINAL INFORMATION   Filed: «GJ_DATE»   Judge: Marmolejo

ATTORNEYS:

UNITED STATES OF AMERICA

RYAN K PATRICKGIDSON, USA
VS.   GRACIELA R. LINDBERG, AUSA

**FRANCISCO FLORES**

**CHARGE:**
Ct. 1:  Possession of a firearm by a prohibited person
[18 USC 922(g)(3) and 924(a)(2)]

**TOTAL COUNTS: 1**

**PENALTY:** Ct. 1:  0 to 10 Years and/or $250,000, $100 Special Assessment,
Up to a 3 Year Term of Supervised Release

In Jail:

On Bond:

Name and Address of Surety:

No Arrest: