

1300 Victoria St., Ste. 1131  
LAREDO, TEXAS 78040

Tele # (956) 723-3542  
Fax # (956) 726-2289

UNITED STATES DISTRICT COURT  
FOR THE SOUTHERN DISTRICT OF TEXAS  
LAREDO DIVISION  
OFFICE OF THE CLERK  
October 29, 2019

Mr. Francisco Flores  
#37470-479  
F.C.I. Elkton (Low)  
P.O. Box 10  
Lisbon, Ohio 44432

RE: 5:18-CR-215

Dear Mr. Flores:

    The Clerk's Office is in receipt of your letter dated October 28, 2019, wherein you requested a copy of your most recent docket sheet. Enclosed you will find a copy of your docket sheet. If you should have any questions, please feel free to contact our office if you should need further assistance.

Sincerely,  
DAVID J. BRADLEY, Clerk

By: Ben Mendoza, Deputy Clerk