Case 5:18-cr-00215 Document 150 Filed on 01/21/20 in TXSD Page 1

United States Courts
Southern District of Texas
FILED

JAN 21 2020 EH

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 5:18-CR-215-1 |
|    Plaintiff, | ) JUDGE DIANA SALDANA |
| | ) |
| v. | ) **MOTION TO VACATE, SET ASIDE, OR** |
| | ) **CORRECT SENTENCE PURSUANT 28** |
| FRANCISCO FLORES, | ) **U.S.C. § 2255** |
|    Defendant. | ) |

\*     \*     \*     \*

COMES, the Defendant-Petitioner Francisco Flores, in a pro se filing, acting in the above reference matter, pray and respectfully hereby moves this Honorable Court to grant said motion in this matter.

The Defendant-Petitioner Francisco Flores, is a pro se litigant and pro se pleadings are held less stringent standard than formal pleadings drafted by lawyers. (See Haines v. Kerner, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed. 2d 652 (1972)).

On November 20, 2019, this Court DENIED Flores Motion for Leave for Extension of Time to File a Delayed Notice of Appeal and Appoint Counsel. (R. 145).

However, this Court advised Flores that he needs to notify the Court if he wants the Court to construe this as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

Please be advised that based on the delay on receiving this ORDER from the Court and finding a interpreter to translate this ORDER to him in Spanish, the Defendant-Petitioner Francisco Flores, pray and respectfully hereby request this Honorable Court to construe as a motion to vacate, set aside, or correct sentence pursuant 28 U.S.C. § 2255.

Thank you and God bless the United States of America.

150

Respectfully submitted,

/s/ Francisco Flores
Francisco Flores, Pro Se
F.C.I. Elkton (Low)
P.O. Box 10
Lisbon, Ohio. 44432

(2)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion has been sent to the office of the Clerk of Court on this 18th day of December 2019, for electronic dissemination CM/ECF system by first class U.S. mail postage prepaid.

/s/ Francisco Flores

Francisco Flores, Pro Se

F.C.I. Elkton (Low)

P.O. Box 10

Lisbon, Ohio. 44432

Francisco Flores
F.C.I. Elkton (Low)
P.O. Box 10
Lisbon, Ohio. 44432

United States Courts
Southern District of Texas
RECEIVED

JAN 2 1 2020   BM

David J. Bradley, Clerk
Laredo Division

SAN ANTONIO TX 783
RIO GRANDE DISTRICT
17 JAN 2020 PM 7

Clerk of Court office
1300 Victoria Street, 1st Floor
Laredo, TX. 78040

78040-501655