Pro-se
Francisco Flores

United States District Court
For The Southern District Of Texas
Laredo Division

| | |
|---|---|
| United States Of America, Plaintiff ) | Case No. 20-40685 |
| v. ) | Motion for |
| Francisco Flores ) | Petition for Second 2255 or 2241 |
| Defendant. ) | pursuant SC Rehaif 139 S.Ct 2191 (2019) |
| ) | v United States |

To The Honorable Judge Saldana

Comes forth, Francisco Flores, ("Flores") hereinafter presenting Prose asks this court to construe this liberally. pursuant to Haines V Kerner, 404 U.S. 519 (1972). Flores files this motion for appealability pursuant to second or sucessive 28 U.S.C §2255 and if this is not the avenue for such actions, to be construed as a 28 U.S.C § 2241 under the 7th district jurisdiction pursuant to Rehaif vs United States 139 S.Ct 2191 (2019)[1]

1. Rehaif vs United States requires the government to prove that offender knew that they were prohibited to possess a firearm as a element in the statute.

In accepting a guilty plea, courts must comply with Fed. R. Crim. P., Rule 11 and, in particular, address their core concerns by ensuring that: (1) guilty plea is voluntary, (2) defendant understands nature of charges, and (3) defendant understands consequences of plea." United States vs Bandel-Mena (2006, CA 11 Fla) 177 Fed 929, cert den. A similar case can be related to Flores' situation; in United States vs Coleman 961 F.3d 1024, 1026 (8th Cir. 2020) a rather conservative circuit deemed Colemans guilty plea for felon in possession of a firearm constitutionally invalid because he did not understood the essential elements of the offense to which he pleded guilty for; a plain constitutional error. Although Colemans charged conduct was a felon in possession, it relates to the same element requirements for Flores in Possession of a firearm by a prohibited person (18 U.S.C 924(c)(1)) and violates the constitutionally guarantee of due process to be informed of the nature of crime charged and th associated elements to that crime.

## Conclusion

Flores respectfully asks this court once deemed appropriate to grant appointment of counsel under 18 U.S.C. § 3006A, 3006A authorizes this honorable court to do so at any time during the stages of proceedings; and grant appealibility.

Pro se
Francisco Flores
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246


Respectfully;

Dated: 10/20/2020

FRANCISCO X. FLORES

Francisco Flores #37470479
Federal Correctional Institute
PO Box 5000
Greenville, IL
62246

SAINT LOUIS MO 630
21 OCT 2020 PM 10 L

United States Courts
Southern District of Texas
RECEIVED

OCT 27 2020 CM

David J. Bradley, Clerk
Laredo Division

United States District Court
Southern District of Texas
1300 Victoria, Ste. 1131
Laredo, Texas
78040

78040-501981