# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-40685
_____

IN RE: FRANCISCO FLORES,

                                                                                    *Movant.*

_____

Authorization to file a Successive 2255 Petition
_____

CLERK'S OFFICE:

      Authorization to file a successive 2255 motion is dismissed for failure to comply with this Court's notice of February 19, 2021.

                                                LYLE W. CAYCE
                                                Clerk of the United States Court
                                                of Appeals for the Fifth Circuit

By: _____
            Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Mar 16, 2021**

Clerk, U.S. Court of Appeals, Fifth Circuit